IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONNIE A. WILLIAMS #217909, )<br>    Plaintiff,     )<br>                )<br>v.              )         CIVIL ACTION 1:22-00165-KD-N<br>                )<br>REOSHA BUTLER,         )<br>    Defendant.      ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that: 1) Williams' 28 U.S.C. § 2254 petition (Doc. 1) is **DISMISSED** with prejudice as time barred from consideration under AEDPA and otherwise procedurally defaulted; 2) no evidentiary hearing or expansion of the record is warranted under Rules 7 and 8 of the § 2254 Rules; 3) Williams is **DENIED** a Certificate of Appealability; and 4) the Court **CERTIFIES** that any appeal by Williams of the denial of the present § 2254 petition would be without merit and therefore not taken in good faith, thus denying him entitlement to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **5th** day of **July 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**